UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Charles Snodgrass          06-4661-CRB | CASE NO. MDL No. 1699<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DISMISSAL WITH PREJUDICE** |

WHEREAS, the stipulation of dismissal for Plaintiff was entered inadvertently in connection with a dismissal involving multiple other Plaintiffs' cases that were resolved at the same time;

THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE THAT, pursuant to Federal Rule of Civil Procedure 41(a), the Court should vacate the dismissal of this action with prejudice and reinstate this case to the Court's docket.

| | | |
|---|---|---|
| DATED: December 18, 2009 | | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |

By: /s/ *Navan Ward, Jr.*
Navan Ward, Jr.
E. Frank Woodson
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

ATTORNEYS FOR PLAINTIFFS

DATED: December 18, 2009      DLA PIPER LLP (US)

By: /s/ *Loren H. Brown*
Loren H. Brown
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501

ATTORNEYS FOR DEFENDANTS

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 8, 2010

Hon. Charles R. Breyer
United S...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*