UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| This Document Relates to: Charles Snodgrass   06-4661 CRB | **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court ordered the plaintiff identified in the caption to show cause why his action should not be dismissed for lack of prosecution. As of the date on the show cause order, plaintiff has not responded to the Court's Order. Accordingly, the action identified in the above caption is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: February 8, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE